UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLENN MACPHERSON THOMAS,

                Plaintiff,

    -against-

SABRINA SHROFF,

                Defendant.

21-CV-0450 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued February 19, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii), and as barred by the *Younger* abstention doctrine.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 19, 2021
           New York, New York

                                              *Louis L. Stanton*
                                              LOUIS L. STANTON
                                                  U.S.D.J.